UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

---

SHARON M. GORENFLO,

                      Plaintiff,

                      Case No. 5:08-cv-00346
                      (DNH/DEP)
                      Case No. 5:09-cv-01030
                      (DNH/DEP)

v.

PENSKE LOGISTICS, MARK COLE, Individually and in
his employment capacity of Logistics Center Manager,
BARBARA MILETICS, Individually and in her employment
Capacity as Human Resources Representative, THOMAS
QUINN, Individually and in his capacity as a CDLA
Transport Driver, THE BAKERY CONFECTIONERY,
TOBACCO WORKER'S & GRAIN MILLERS
INTERNATIONAL UNION, AFL-CIO LOCAL 50,
JOSEPH SVINGALA, Individually and in his official
capacity as UNION VICE PRESIDENT, and MICHAEL
HITCHCOCK, Individually and in his official capacity as
UNION REPRESENTATIVE, GEORGE WESTON
BAKERIES and CHRISTOPHER CORLYON,
Individually and in his capacity as Distribution Manager,

                      Defendants.

---

### STIPULATION OF VOLUNTARY
### DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3(a) of the United States District Court for the Northern District of New York, the above-named Plaintiff and Defendants, Penske Logistics, Mark Cole, Barbara Miletics and Thomas Quinn, (together, "Penske"), by their respective undersigned attorneys, constituting all of the parties to this action, hereby stipulate and agree:

(1) That neither party hereto is an infant or incompetent;

(2) That, upon filing of this Stipulation with the Court, all claims asserted against Penske in the Complaints shall be dismissed with prejudice, and with each party bearing their own costs and counsel fees.

Dated: March 11, 2011

s/*Michael D. Homans*
FLASTER/GREENBURG P.C.
*Attorneys for the Penske Defendants*
(Michael D. Homans, Esq., of counsel)
Four Penn Center, Suite 200
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 279-9379

s/*Timothy A. Collins, Esq.*
O'HARA, O'CONNELL, & CIOTOLI
*Attorneys for Plaintiff*
(Timothy A. Collins, Esq., of counsel)
7207 East Genesee Street
Fayetteville, New York 13066
(315) 451-3810

SO ORDERED March 16, 2011

*/s/ Andrew T. Baxter, USMJ*
United States District Court
Northern District of New York